```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

Monta Sue Johnson,

      Plaintiff,

   v.                               Case No. 2:14-cv-306

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

<u>ORDER</u>

    This matter is before the court for consideration of the February 18, 2015, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b).  The magistrate judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner for further consideration and discussion of the medical opinions of plaintiff's treating physician, Dr. Denunzio.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the filing of the report "will result in a waiver of the right to have the district judge review the Report and Recommendation <u>de novo</u>, and also operates as a waiver of the right to appeal the decision of the District Court[.]"  Doc. 16, pp. 15-16.  Noting that no objections have been filed and that the time for filing such objections has expired, the court adopts and affirms the report and recommendation (Doc. 16).

    The decision of the Commissioner of Social Security denying plaintiff's applications for disability insurance benefits and supplemental security income is reversed pursuant to Sentence 4 of

42 U.S.C. §405(g).  This action is hereby remanded to the Commissioner for further proceedings consistent with the report and recommendation and this order.  On remand, the administrative law judge shall further consider the opinions of Dr. Denunzio and provide a more comprehensive and reviewable statement of reasons concerning those opinions.  The clerk is directed to enter a final judgment in this case.

Date: March 18, 2015                   s/James L. Graham
                                         James L. Graham
                                         United States District Judge